|   |   |
|---|---|
| 1  JOHN C. LEMON<br>   California Bar No. 175847<br>2  LAW OFFICES OF JOHN C. LEMON, APC<br>   433 G Street, Suite 202<br>3  San Diego, CA 92101<br>   Telephone: (619) 652-9961 | FILED<br>2006 DEC -4 PM 12:49<br>CLERK US DIST... ......<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____Rm_____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA,   ) | Criminal No: 06cr2157-LAB |
|---|---|
| Plaintiff,                    ) | |
| v.                            ) | **ORDER TO PRESERVE EVIDENCE** |
|                               ) | **AND RE-WEIGH THE** |
|                               ) | **ALLEGED MARIJUANA** |
| ARTURO CALDERON (1),          ) | **INVOLVED IN THIS CASE** |
|                               ) | |
| Defendant.                    ) | |

Good cause appearing, pursuant to Mr. Calderon's motion to preserve evidence, the Honorable Larry A. Burns hereby orders the following:

**IT IS HEREBY ORDERED** that the United States Government, and its agents and employees, shall preserve ~~all physical evidence related to the case of *United States v. Arturo Calderon*, 06cr2157-LAB. Consistent with Rule 16~~ LAB ~~of the Federal Rules of Criminal Procedure, the evidence shall be made~~ and make available for defense counsel's review, inspection, and otherwise made available for copying. ~~This order~~ LAB ~~also specifically requires that the United States Government, and its agents and employees, preserve~~ the substance found in the car which the Government alleges to be marijuana, and the car, until such time as defense counsel, or an agent of defense counsel's, can inspect the car and re-weigh the substance. This order also permits defense counsel and/or a defense investigator to be present for the re-weighing of the substance. This order expires on December 31, 2006.

**SO ORDERED.**

DATED: 12-1-06                                  _____Larry A. Burns_____
                                                **HONORABLE LARRY A. BURNS**
                                                United Stated District Judge

06cr2157-LAB